NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## THE COMPAK COMPANIES, LLC,
*Plaintiff-Appellant,*

v.

## JIMMIE L. JOHNSON, RON BOWEN, PATPAK, INC., OLMARC PACKAGING COMPANY, AND URBAN MINISTRIES, INC.,
*Defendants,*

AND

## BRUCE CARLSON, DUOTECH HOLDINGS, INC., AND DUOTECH PACKAGING, LLC,
*Defendants-Cross Appellants.*

---

2011-1457, -1483

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 03-CV-7427, Senior Judge John F. Grady.

---

ON MOTION

---

ORDER

The Compak Companies, LLC ("Compak") moves to vacate this court's March 28, 2012 order dismissing appeal no. 2011-1457 and for leave to file its corrected brief as submitted on March 22, 2012. Bruce Carlson, DuoTech Holdings, Inc., and DuoTech Packaging, LLC (collectively "DuoTech") respond. Compak replies.

After appeal no. 2011-1457 was dismissed, DuoTech voluntarily moved to dismiss its cross-appeal, no. 2011-1483.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted to the extent that appeal nos. 2011-1457 and 2011-1483 are both reinstated.

(2) The revised caption is reflected above.

(3) Compak's corrected brief is accepted for filing.

(4) Compak is directed to file 10 additional copies of its submitted corrected brief within 14 days of the date of this order.

(5) DuoTech's response brief is due within 60 days of the date of this order.

FOR THE COURT

JUN 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George J. Spathis, Esq.
    Andrew J. Cohen, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 05 2012

JAN HORBALY
CLERK